NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ELI VILLAREAL a/k/a Eli Villareal Alvarez, )
                                                 )

      Appellant, )

v. )            Case No. 2D17-2609

REYNOLDS PARRINO SPANO & )
SHADWICK, P.A.; KATHERINE )
SHADWICK; and RANDY STOWELL, )

      Appellees. )
_____)

Opinion filed August 24, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Joel D. Eaton of Podhurst Orseck, P.A.,
Miami; and Angela Rodante and Dale
Swope of Swope Rodante, P.A., Tampa, for
Appellant.

Michael R. D'Lugo of Wicker Smith O'Hara
McCoy & Ford, P.A., Orlando; and Lindsay
Topping Brigman, Michael E. Reed, and
Raymond E. Watts, Jr. of Wicker Smith
O'Hara McCoy & Ford, P.A., Tampa, for
Appellees.

PER CURIAM.

          Affirmed.

CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.